# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOEVANNIE SOLIS, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>LATIUM NETWORK, INC., a Delaware Corporation, DAVID JOHNSON, AND MATTHEW CARDEN,<br><br>             Defendants. | Case No. 2:18-cv-10255-SDW-SCM<br><br>Certification of Service |

TO:   Eric T. Kanefsky, Esq.
      **Calcagni & Kanefsky, LLP.**
      1085 Raymond Blvd., Suite 14
      Newark, New Jersey 07102
      *Attorney for the Plaintiff*

PLEASE TAKE NOTICE that Defendants Latium Network, Inc., David Johnson, and Matthew Carden will move before the Honorable Susan D. Wigenton, U.S.D.J on October 1, 2018, for an Order dismissing the complaint filed by Plaintiff Joevannie Solis.

In support of my motion, I will rely on the attached brief.

Dated: August 21, 2018         Respectfully submitted,
*/s/ Gene K. Kaskiw*
Gene K. Kaskiw, Esq.
**Lewis Brisbois Bisgaard & Smith, LLP**
One Riverfront Plaza, Suite 800
Newark, NJ 07102
Telephone: 973-577-6260
Facsimile: 973-577-6261


and

Stefan Savic*
**SHIPKEVICH PLLC**
65 Broadway, STE 508
New York, New York 10006
Telephone: (212) 252-3003
Facsimile:  (888) 568-5815
 ssavic@shipkevich.com
*\*Admitted Pro Hac Vice Attorneys for Defendants*