<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOEVANNIE SOLIS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LATIUM NETWORK, INC., DAVID JOHNSON, and MATTHEW CARDEN,<br><br>Defendants. | Case No: 18-10255 (SDW) (SCM)<br><br>**ORDER**<br><br>December 10, 2018 |

**WIGENTON,** District Judge.

This matter, having come before the Court on Defendants Latium Network, Inc., David Johnson, and Matthew Carden's (collectively, "Defendants") Motion to Dismiss Plaintiff Joevannie Solis' ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and this Court having carefully reviewed and considered the submissions of the parties, for the reasons stated in this Court's Opinion dated December 10, 2018,

**IT IS** on this 10th day of December, 2018,

**ORDERED** that Defendants' Motion to Dismiss, (ECF No. 16), is **DENIED**.

                                                                               s/ *Susan D. Wigenton*_____
                                                                               **SUSAN D. WIGENTON**
                                                                               **UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Orig:<br>cc: | Clerk<br>Steven C. Mannion, U.S.M.J.<br>Parties |