

Eric T. Kanefsky, Partner
862.772.8149    eric@ck-litigation.com

June 28, 2019

**VIA CM/ECF**

The Honorable Steven C. Mannion, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK 2B
Newark, New Jersey 07101

    Re:    **Joevannie Solis v. Latium Network, Inc., et al.**
            **Case No. 2:18-cv-10255-SDW-SCM**

Dear Judge Mannion:

    The parties write, pursuant to Your Honor's Judicial Preferences, to jointly request that the Court adjourn the parties' status teleconference with Your Honor currently scheduled for July 9, 2019 (Dkt. No. 40), in light of the parties reaching a private settlement agreement. As the parties have resolved the matter, we kindly request a forty-five (45) day adjournment to allow time for the parties to effectuate the settlement, which is expected to occur by August 12, 2019. If Your Honor is amenable to such an adjournment, we will either file a Stipulation of Dismissal or advise the Court of the status of the settlement by no later than August 15, 2019.

    We thank you for Your Honor's attention and courtesy in this regard.

Respectfully submitted,

s/ Eric T. Kanefsky
Eric T. Kanefsky, Esq.
CALCAGNI & KANEFSKY LLP
*Counsel for Plaintiff*

Respectfully submitted,

s/ Stefan Savic
Stefan Savic, Esq.
SHIPKEVICH PLLC
*Counsel for Defendants*

**SO ORDERED:**

_____
The. Hon. Steven C. Mannion, U.S.M.J.

Dated: _____ ____, 2019

cc: All Counsel of Record (via ECF)