IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| JOEVANNIE SOLIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LATIUM NETWORK, INC., a Delaware corporation, DAVID JOHNSON, and MATTHEW CARDEN,<br><br>    Defendants. | Case No. 2:18-cv-10255-SDW-SCM<br><br>Hon. Susan D. Wigenton<br><br>Hon. Steven C. Mannion |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiff Joevannie Solis and Defendants Latium Network, Inc., David Johnson and Matthew Carden, through undersigned counsel, that this action is dismissed with prejudice as to the named Plaintiff Joevannie Solis, and without prejudice as to all members of the alleged putative class, with all parties to bear their own costs and fees, including but not limited to attorneys' fees.

STIPULATED AND AGREED:

| | |
|---|---|
| NEWARK, NEW JERSEY<br>August 26, 2019 | NEWARK, NEW JERSEY<br>August 26, 2019 |
| By: /s/ Eric T. Kanefsky<br>    Eric T. Kanefsky | By: /s/ Gene K. Kaskiw<br>    Gene K. Kaskiw |
| Eric. T. Kanefsky, Esq.<br>*eric@ck-litigation.com*<br>**CALCAGNI & KANEFSKY, LLP**<br>One Newark Center<br>1085 Raymond Blvd., 14th Floor<br>Newark, New Jersey 07102<br>Phone: 862.397.1796 | Gene K. Kaskiw, Esq.<br>*gene.kaskiw@lewisbrisbois.com*<br>**LEWIS BRISBOIS BISGAARD<br>& SMITH, LLP**<br>One Riverfront Plaza, Suite 800<br>Newark, New Jersey 07102<br>Phone: 973.577.6260 |
| *Counsel for Plaintiff<br>and the Proposed Class* | *Counsel for Defendants Latium<br>Network, Inc. David Johnson and<br>Matthew Carden* |

**So Ordered**
this 27th day of August 2019

_/s/ Susan D. Wigenton_
Susan D. Wigenton, U.S.D.J.